Revised 02/04

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Knight Capital Partners, Inc.      Case No.     
Debtor(s)      Chapter    11

## STATEMENT OF DEBTOR REGARDING CORPORATE OWNERSHIP

☐ **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name: 
Address: 

**(For additional names, attach an addendum to this form)**

■ **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 14, 2016

/s/ Fadi Nona
Signature of Authorized Individual
For Corporation Debtor

Fadi Nona
Print Name

CEO
Title